**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| CITY OF HARVEY, VILLAGE OF BROADVIEW, VILLAGE OF CHICAGO RIDGE, VILLAGE OF DOLTON, VILLAGE OF HOFFMAN ESTATES, VILLAGE OF MAYWOOD; VILLAGE OF MERRIONETTE PARK, VILLAGE OF NORTH RIVERSIDE, VILLAGE OF ORLAND PARK, CITY OF PEORIA, VILLAGE OF POSEN, VILLAGE OF RIVER GROVE, VILLAGE OF STONE PARK, and ORLAND FIRE PROTECTION DISTRICT, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 1:18-cv-05756 |
| PURDUE PHARMA L.P., PURDUE PHARMA, INC., PURDUE FREDERICK COMPANY, INC., RHODES PHARMACEUTICALS, CEPHALON, INC., TEVA PHARMACEUTICAL INDUSTRIES, LTD., TEVA PHARMACEUTICALS USA, INC., ENDO INTERNATIONAL PLC, JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC., INSYS THERAPEUTICS, INC., NORAMCO, INC., ENDO HEALTH SOLUTIONS, INC., ENDO PHARMACEUTICALS, INC., ALLERGAN PLC, ACTAVIS PLC, WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ACTAVIS PHARMA, INC., ACTAVIS LLC, MALLINCKRODT PLC, MALLINCKRODT LLC, AMERISOURCEBERGEN CORPORATION, CARDINAL HEALTH, INC., MCKESSON CORPORATION, PAUL MADISON, WILLIAM MCMAHON, and JOSEPH GIACCHINO, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DISTRIBUTOR DEFENDANTS' MOTION FOR EXTENSION OF
TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants McKesson Corporation, AmerisourceBergen Corporation,[1] Cardinal Health, Inc., (collectively, "Distributor Defendants"), by and through the undersigned counsel, hereby file this motion for extension of time to move, answer, or otherwise respond to the complaint, and, in support thereof, state as follows:

1.      On July 19, 2018, Plaintiff City of Harvey and others ("Plaintiffs") commenced this action by filing the Complaint in the Circuit Court of Cook County, Illinois, Docket No. 2018 CH 09020.

2.      On July 24, 2018, Plaintiffs served the Complaint on Defendant McKesson Corporation ("McKesson").

3.      On August 22, 2018, McKesson, with the consent of all properly joined and served Defendants, removed this case to the United States District Court for the Northern District of Illinois.

4.      On August 24, 2018, this case was identified as a potential tag-along action to the multidistrict litigation *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio) (the "MDL").

5.      The time for the Distributor Defendants to respond to the Complaint has not yet elapsed.

6.      The Distributor Defendants submit that good cause exists to enlarge the time for the Distributor Defendants to respond to the Complaint because, given the uncertainty as to where this case will proceed (*i.e.* in the Northern District of Illinois, the MDL Proceeding, or in the Circuit Court of Cook County, Illinois), it would be a waste of resources for the Distributor Defendants to answer, move, plead, or otherwise respond to Plaintiff's Complaint at this time,

---

[1] By filing this Motion for Extension of Time, AmerisourceBergen Corporation does not concede that it is a proper party to this action.

and, to the extent this case is neither transferred to the MDL nor remanded to state court, setting one deadline for all Distributor Defendants in this action to respond to the Complaint will promote judicial efficiency by preventing staggered motions and briefing deadlines.

7. The undersigned counsel for Defendant McKesson Corporation attempted with reasonable diligence to communicate with counsel for Plaintiffs both by telephone and email about the terms of this request for extension. To date, Plaintiffs' counsel have not responded to any communications.

8. Therefore, counsel for Distributor Defendants respectfully request that the Distributor Defendants' deadline by which to answer or otherwise respond to Plaintiffs' Complaint shall be extended to 30 days after the later of (1) this Court's ruling on any motion to remand, should Plaintiffs file one; or (2) the entry of a decision by the Judicial Panel on Multidistrict Litigation granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action to the MDL, whichever is later.

9. This is the first extension that Distributor Defendants have requested. There are no known objections to this requested extension based on Distributor Defendant's reasonably diligent efforts to communicate with Plaintiff's counsel.

WHEREFORE, Defendants McKesson Corporation, AmerisourceBergen Corporation, and Cardinal Health, Inc. respectfully request that this Court grant their motion and enter an order extending the deadline by which to answer or otherwise respond to Plaintiff's Complaint to 30 days after the later of (1) this Court's ruling on any motion to remand, should Plaintiffs file one, or (2) the entry of a decision by the Judicial Panel on Multidistrict Litigation granting a motion to vacate a conditional transfer order covering this action or otherwise finally denying transfer of this action to the MDL, whichever is later.

Dated:  August 28, 2018               Respectfully submitted,

*/s/ Alexander S. Vesselinovitch*
Alexander S. Vesselinovitch
Matthew T. Connelly
FREEBORN AND PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
(312) 360-6520 (fax)
avesselinovitch@freeborn.com
mconnelly@freeborn.com

*Attorneys for McKesson Corporation*


*/s/ Julie Fix Meyer (with consent)*
Raymond R. Fournie (#03126094)
Anita M. Kidd (#06229585)
Julie Fix Meyer (#06189064)
Sarah E. Harmon (#06319219)
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105-1847
(314) 621-5070
(314) 621-5065 (facsimile)
rfournie@armstrongteasdale.com
akidd@armstrongteasdale.com
jfixmeyer@armstrongteasdale.com
sharmon@armstrongteasdale.com

*Attorneys for Cardinal Health, Inc.*


*/s/ Daniel Schlessinger (with consent)*
Daniel Schlesinger
Margaret Schuchardt
Tamra Miller
JASZCZUK P.C.
311 S. Wacker Drive, Suite 3200
Chicago, IL 60606
(312) 442-0509

- 4 -

(312) 442-0519 (facsimile)
dschlessinger@j aszczuk.com
mschuchardt@jaszczuk.com
tmiller@jaszczuk.com

*Attorneys for AmerisourceBergen Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 28, 2018, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Alexander S. Vesselinovitch
